NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHEILA JANUSZ,                                    )
                                                  )
            Appellant,                            )
                                                  )
v.                                                )        Case No. 2D18-1267
                                                  )
21ST CENTURY CENTENNIAL                           )
INSURANCE COMPANY.                                )
                                                  )
            Appellee.                             )
_____)

Opinion filed December 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Ralph C. Stoddard,
Judge.

K. Mitch Espat of Powell & Espat, Tampa,
for Appellant.

Richard A. Sherman, Sr., of Law Offices of
Richard A. Sharman, P.A., Fort Lauderdale,
and John D. McBride of Law Offices of
Christina M. Sanabria, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.

SALARIO and ATKINSON, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE,
Concur.